UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TENNESSEE

FILED BY /b  D.C.
05 MAY 16 PM 6:41
ROBERT R. TROLIO
DIST. CT.
MEMPHIS

U.S.A. vs. CAROL LYNN ROBINSON                    Docket Nos.  2:02CR20178-01
                                                                2:02CR20177-01

## Petition on Probation and Supervised Release

**COMES NOW** __NICOLE D. PETERSON__, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Carol Lynn Robinson who was placed on supervision by the Honorable Bernice B. Donald sitting in the Court at Memphis, TN, on the 16th day of September, 2003, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate as directed in a program (outpatient and/or inpatient) approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency...

2. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer.

3. The defendant shall provide the Probation Officer access to any requested financial information.

4. The defendant shall make third-party risk notification.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

Ms. Robinson will officially begin supervision in the Western District of Tennessee(Memphis) on May 11, 2005. She is currently being housed at Diersen Charities in Memphis. At an initial meeting with this officer, the defendant indicated that she could benefit from mental health treatment. In order for this officer to effectively supervise and monitor this case, a special condition requiring the defendant to submit to mental health treatment as deemed appropriate is needed. She has signed Probation Form 49/Waiver Of Hearing To Modify Conditions Of Probation, adding the special condition of participation in mental health treatment as directed by the Probation Office.

**PRAYING THAT THE COURT WILL ORDER** that Carol Lynn Robinson's Conditions of Supervised Release be **MODIFIED** to include the special condition of participation in mental health treatment as directed by the Probation Office.

| ORDER OF COURT | RESPECTFULLY, |
|---|---|
| Considered and ordered this 16th day of May, 2005, and ordered filed and made a part of the records in the above case.<br><br>_[signature]_<br>United States District Judge | _[signature]_<br>NICOLE D. PETERSON<br>United States Probation Officer<br><br>Place: Memphis, Tennessee<br>Date: May 4, 2005 |

## United States District Court

WESTERN **District** TENNESSEE

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modifications of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in Mental Health Treatment as deemed necessary/directed by the U. S. Probation Office.


Witness: _____
NICOLE D. PETERSON
U. S. Probation Officer

Signed: _____
CAROL LYNN ROBINSON
Probationer/Supervised Releasee

5-4-05
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 123 in case 2:02-CR-20177 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT